IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CALVIN ROBERTS           :

                       :

   v.                     :   Civil Action No. DKC 10-3359

                       :

REX W. COFFEY, et al.    :

                       :

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 4th day of June, 2012, by the United States District Court for the District of Maryland, ORDERED that:

1.  The motion to dismiss the second amended complaint filed by Defendants Sheriff Rex W. Coffey, Sergeant Vincent Weaver, and Lieutenant Brian Herlihy (ECF No. 26) BE, and the same hereby IS, GRANTED in part and DENIED in part;

2.  Count II of the second amended complaint against Defendant Sergeant Vincent Weaver BE, and the same hereby IS, DISMISSED;

3.  Count III of the second amended complaint against Defendants Sergeant Vincent Weaver and Lieutenant Brian Herlihy BE, and the same hereby IS, DISMISSED;

4.  Count V of the second amended complaint regarding the denial of training claim under 42 U.S.C. §§ 1981 and 1983

against Defendants Sheriff Rex W. Coffey and Lieutenant Brian Herlihy BE, and the same hereby ARE, DISMISSED;

    5.   Count VI of the second amended complaint BE, and the same hereby IS, DISMISSED; and

    6.   The clerk will transmit copies of the Memorandum Opinion and this Order to counsel for the parties.

                                                /s/
                                   DEBORAH K. CHASANOW
                                   United States District Judge